THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth Walker,
 Jr., Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-166
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER
 CURIAM:  Kenneth Walker, Jr. pled
 guilty to armed robbery, burglary first-degree, attempted armed robbery, conspiracy
 to commit armed robbery, possession with intent to distribute cocaine, and possession
 with intent to distribute cocaine within proximity of a park.  Walker was sentenced to twenty-three years for armed robbery, twenty-three years for
 first-degree burglary, twenty years for attempted armed robbery, five years for
 conspiracy to commit armed robbery, ten years for possession with intent to
 distribute, and ten years for possession with intent to distribute within
 proximity of a park, all to run concurrently.  Pursuant to Anders v.
 California, 386 U.S. 738 (1967), Walkers counsel attached a petition to be
 relieved.  Walker did not file a pro se response.  After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.